AO 442 (Rev. 10/13) Arrest Warrant

Received
U.S. Marshals Service

2020 SEP -9 AM 10: 15

N/OK

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) |
| v. | ) |
| ADAM MAXWELL DONN | ) Case No. 20-mj-180-PJC |
| _Defendant_ | ) |

**FILED**

APR 21 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    ADAM MAXWELL DONN

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Cyberstalking in violation of 18, United States Code, Sections, 2261A(2)(B).

Date: 7/15/2020

_____
_Issuing officer's signature_

City and state:    Tulsa, Oklahoma

Paul J. Cleary, United States Magistrate Judge
_Printed name and title_

**Return**

This warrant was received on *(date)* 9/9/2020 ____, and the person was arrested on *(date)* 7/17/2020 ____,
at *(city and state)* Eastern District of Virginia

Date: 4-20-21

_____
Arresting officer's signature

Brian A. McDaniel SDUSM
_____
Printed name and title