| Prob 22 (12/2018) | | DOCKET NUMBER (Tran Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 20-CR-0150-CVE |
| | | DOCKET NUMBER (Rec Court) |
| | | 2:22cr20 |

| NAME AND ADDRESS OF PROBATIONER RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Adam Maxwell Donn | Northern District of Oklahoma | United States Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Claire V. Eagan, United States District Judge | |
| | DATES OF: ☐ PROBATION ☒ SUPERVISED RELEASE | From Date 1/18/2022 — To Date 1/17/2025 |

**OFFENSE**

18 U.S.C. §§ 2261 A(2)(B) and (b)(5) Cyberstalking

**FILED**
MAR 14 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-8-22
Date

_Claire V Eagan_
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer releasee be accepted and assumed by this Court from and after the entry of this order.

March 10, 2022
Effective Date

_Arenda L. Wright Allen_
United States District Judge

✓ Mail ___ No Cert Svc ___ No Orig Sign
___ C/J ___ C/MJ ___ C/Ret'd ___ No Env
___ No Cpys ✓ No Env/Cpys ___ O/J ___ O/MJ

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _J. Armstrong_
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK S. DAVIS  
CHIEF JUDGE

March 10, 2022

United States District Court  
Northern District of Oklahoma  
333 West Fourth St., Room 411  
Tulsa, OK 74103

    Re: United States v. Adam Maxwell Donn  
        Our Case No. 2:22cr20  
        Your Case No. 20-CR-0150-CVE

Dear Clerk's Office:

    I am forwarding to you a certified copy of the PROB 22 form, "Transfer of Jurisdiction" of Probationer/Supervised Release in the above case. Part 2 - Order Accepting Jurisdiction was entered by the Honorable Arenda L. Wright-Allen, United States District Judge, on March 10, 2022.

    All necessary pleadings were obtained through PACER except for the defendant's Financial Report/Payment History. Please forward the defendant's payment history at your earliest convenience. Thank you!

                                  Sincerely,

                                  FERNANDO GALINDO, CLERK

                                  By:    /s/

                                  T. Armstrong, Deputy Clerk

Enclosure

FIRST-CLASS MAIL
$00.53⁰
ZIP 23510
011D11648195

Hasler
03/10/2022
US POSTAGE

RICHMOND VA 230
10 MAR 2022 PM 3 L
Postage moved
3/10/22

20-cr-150 CVE

RECEIVED
MAR 14 2022
Mark C. McCartt, Clerk
U.S. ...

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
600 GRANBY STREET
NORFOLK, VIRGINIA 23510

OFFICIAL BUSINESS